IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RESIDENTS OF THE STATE OF NEBRASKA,

Plaintiff,

vs.

STATE OF NEBRASKA DEPARTMENT OF REVENUE,

Defendant.

**8:26CV498**

**MEMORANDUM AND ORDER**

This matter is before the Court on the Complaint, Filing No. 1, and motion for leave to proceed in forma pauperis ("IFP"), Filing No. 2, filed on September 1, 2026, by the purported plaintiff, "Residents of the State of Nebraska." Both the Complaint and IFP motion are unsigned and only "Concerned Citizen" is typed in the space for the plaintiff's and IFP applicant's signature. Filing No. 1 at 8; Filing No. 2 at 2. In addition, no identifying information or proper address are provided for the plaintiff, *see* Filing No. 1 at 1, as required by federal and local rules. Fed. R. Civ. P. 11 ("Every pleading . . . must be signed . . . by a party personally if the party is unrepresented. . . . [and] must state the signer's address, e-mail address, and telephone number."); NECivR 11.1 ("The name, address, [and] telephone number . . . must be typed under each attorney signature."); NEGenR 1.3(g) ("Unless stated otherwise, parties who proceed *pro se* are bound by and must comply with all local and federal procedural rules.").

As such, the Complaint and IFP motion are deficient and this matter cannot proceed unless the plaintiff corrects the above deficiencies. Accordingly, the Court shall order the plaintiff (i.e., the actual filing party) to

file a signed Complaint and a signed IFP Motion that complies with Federal Rule of Civil Procedure 11 and the Court's local rules. This matter cannot proceed until the foregoing deficiencies are corrected. FAILURE TO CORRECT THE DEFECTS WITHIN 30 DAYS WILL RESULT IN DISMISSAL OF THE COMPLAINT WITHOUT FURTHER NOTICE.

IT IS THEREFORE ORDERED that:

1. The plaintiff is directed to correct the above-listed technical defects on or before **October 2, 2026**. To be clear, the plaintiff must file a signed copy of the Complaint, Filing No. 1, and IFP motion, Filing No. 2, and provide his or her name and contact information prior to the October 2, 2026, deadline.

2. Because the plaintiff failed to provide a proper address or other contact information, the Court cannot communicate with the plaintiff and the Clerk of Court cannot and will not attempt to send notice of this order. However, if the plaintiff fails to comply with this Memorandum and Order, the Court will dismiss this matter without prejudice and without further notice.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **October 2, 2026**: deadline for the plaintiff to correct signature deficiencies and provide contact information.

Dated this 2nd day of September, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge