IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RESIDENTS OF THE STATE OF NEBRASKA,

Plaintiff,

vs.

STATE OF NEBRASKA DEPARTMENT OF REVENUE,

Defendant.

**8:26CV498**

**MEMORANDUM AND ORDER**

On September 2, 2026, the Court ordered the plaintiff to file a signed Complaint, Filing No. 1, and motion for leave to proceed in forma pauperis ("IFP"), Filing No. 2, and provide his or her name and contact information within 30 days or face dismissal of this action. Filing No. 10. To date, the plaintiff has not filed a signed Complaint or IFP motion, has not identified himself or herself, or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because the plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.

2. The pending IFP motion, Filing No. 2, is denied as moot.

3. The Court will enter judgment by a separate document.

4. Because the plaintiff failed to provide a proper address or other contact information, the Court cannot communicate with the plaintiff and the Clerk of Court cannot and will not attempt to send notice of this order or the accompanying judgment.

Dated this 5th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge